# Knuckles Komosinski & Manfro LLP

600 E. Crescent Ave., Suite 201 | Upper Saddle River, New Jersey 07458
Tel (201) 391-0370 | eFax (201) 781-6744 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro
John E. Brigandi

**John E. Brigandi**
(201) 391-0370, ext. 401
jeb@kkmllp.com

January 29, 2021

**Via ECF**
Honorable Lorna G. Schofield, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Asonye v. Capital One Bank (USA) d/b/a Kohl's., et al.*,
        Case No. 1:21-cv-00558

Dear Judge Schofield,

Our firm represents Defendant Capital One Bank (USA) d/b/a Kohl's ("Defendant"), in the above-referenced matter. We write respectfully to request a brief extension of time for Defendant's to respond to Plaintiff's Complaint.

Upon information and belief, Defendant was served with the Summons and Complaint on or about January 15, 2021. However, it is unclear precisely the manner by which Defendant was served, or the exact date. As such, Defendant respectfully requests that it be permitted to file an Answer or otherwise respond to Plaintiff's Complaint, by February 15, 2021.

Defendant has not made any previous requests for an extension of time in connection with this matter. Accordingly, the extension is not requested for purpose of undue delay or any other improper purpose, but rather to allow Defendant time to complete its investigation of the allegations and claims asserted in the Complaint and to prepare an appropriate response. Further, the requested extension will not prejudice any party, as there are no other pending deadlines in this matter.

Thank you in advance for your consideration and courtesy.

The application is GRANTED.  The deadline for Defendant to answer or otherwise respond to the Complaint is hereby extended to **February 15, 2021**.

SO ORDERED.

Dated: February 1, 2021
        New York, New York

Respectfully Submitted,

  /s/ John E. Brigandi
John E. Brigandi, Esq.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**Main Office**   565 Taxter Road, Suite 590| Elmsford, NY 10523 | Tel (914) 345-3020 | eFax (914) 992-9154

Re:   RDW Capital, Inc. v. BE Industries, et al.
      Case No. 17-cv-7195

Dear Judge Oetken,

This office represents plaintiff RDW Capital, Inc. ("Plaintiff") in the above-referenced action. Plaintiff respectfully submits this correspondence seeking a thirty-day extension of its deadline to oppose defendant Antonio Monesi's ("Defendant") motion to vacate judgment, from January 20, 2021, until February 20, 2021.

By way of background, this action was filed on September 21, 2017. Default judgment was entered against Defendant on January 8, 2020. Our office has not taken any action in this proceeding against any of the defendants since that time. I am currently communicating with my client as to its intentions with respect to opposing the motion and enforcing judgment. Unfortunately, I have not been provided with information as to how it wishes to proceed at this time. I will continue to communicate with my client, and I do not anticipate requesting any further extensions at this time.

For these reasons, Plaintiff respectfully requests its deadline to oppose Defendant's motion to vacate judgment be extended until February 20, 2021.

Respectfully Submitted,

/s/ John E. Brigandi
John E. Brigandi