UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
  MARY ASONYE,                                      :
                              Plaintiff,            :
                                                    :              21 Civ. 588 (LGS)
              -against-                              :
                                                    :                 ORDER
  CAPITAL ONE BANK (USA), NATIONAL                  :
  ASSOCIATION, et al.,                              :
                              Defendants.    X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 1, 2021;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan ("CMP") (Dkt. Nos. 14, 15); it is hereby

**ORDERED** that the April 1, 2021, initial pretrial conference is **cancelled**.  If the parties

believe that a conference would nevertheless be useful, they should inform the court immediately

so the conference can be reinstated.  The CMP will issue in a separate order.  The parties'

attention is particularly directed to the provisions for periodic status letters, and the need for a

pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is

further

**ORDERED** that if Defendant seek to file a motion to dismiss, they shall file a pre-motion

letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED** that, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge, they shall file a joint

letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and

expert discovery absent compelling circumstances, and that the use of any alternative dispute

resolution mechanism does not stay or modify any date in the CMP.


Dated:  March 26, 2021
        New York, New York

_____
        **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**

2